# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2338

_____

Rudolph George Stanko, and on     *
behalf of prisoners imprisoned     *
with the Federal Bureau of Prisons,     *
    *
         Appellant,     *
    *    Appeal from the United States
    v.     *    District Court for the
    *    District of Minnesota.
Ricardo Rios, local director/warden;     *
Michael K. Nelley, regional director;     *    [UNPUBLISHED]
Harley Lappin, national director,     *
    *
         Appellees.     *

_____

Submitted: February 24, 2010
Filed:  February 26, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

      Federal inmate Rudolph George Stanko appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition.  Having reviewed the record de novo, see Lopez-

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendation of the Honorable Jeanne J. Graham, United States Magistrate Judge for the District of Minnesota.

<u>Lopez v. Sanders</u>, 590 F.3d 905, 907 (8th Cir. 2010), we find no basis for reversal. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____